Case 1:19-cv-06597-PKC Document 15 Filed 10/03/19 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TINA CARR and YVETTE COLON,

                Plaintiffs,

- against -

ELISABETH DEVOS, in her official capacity as Secretary of the U.S. Department of Education,

                Defendant.

---

19 Civ. 6597 (PKC)

[~~PROPOSED~~]
STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL

WHEREAS, on July 16, 2019, plaintiffs Tina Carr and Yvette Colon (collectively, "Plaintiffs") brought this action pursuant to the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, concerning certain student loans (the "Loans") borrowed by Plaintiffs;

WHEREAS, during the pendency of this action, the Loans were modified by, or at the request of, the Secretary, resulting in balances of $0.00 and thus no money owed by Plaintiffs, as described in the October 2, 2019, Declaration of Cristin Bulman, attached as Exhibit A; therefore

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their counsel, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be and hereby is dismissed with prejudice and without costs or attorney's fees to either party.

2. This Stipulation may be filed with the Clerk of Court without further notice to either party; and

3. This Stipulation may be signed in counterparts (including, without limitation, by PDF or facsimile), each of which will be deemed and original and all of which will be taken together and deemed one instrument.

| | |
|---|---|
| New York, New York<br>October 3, 2019 | New York, New York<br>October 3, 2019 |
| NEW YORK LEGAL ASSISTANCE GROUP<br>*Attorney for Plaintiffs* | GEOFFREY S. BERMAN<br>United States Attorney for the<br>Southern District of New York<br>*Attorney for Defendant* |
| /s/ Danielle Tarantolo<br>Danielle Tarantolo<br>Jane Greengold Stevens<br>Shanna Tallarico<br>Jessica Ranucci<br>7 Hanover Sq.<br>New York, New York 10004<br>(212) 613-5000 | /s/ Anthony J. Sun<br>ANTHONY J. SUN<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel.   (212) 637-2810 |
| Eileen M. Connor<br>Toby Merrill<br>Victoria Roytenberg<br>LEGAL SERVICES CENTER OF<br>HARVARD LAW SCHOOL<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>(617) 522-3003 | |

SO ORDERED:

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge
10/7/2019

All motions terminated.  The Clerk shall close the case.